UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gilberto Hernandez,

                Plaintiff,

        v.

The City of New York, et al.,

                Defendants.

26-CV-100 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the parties' failure to submit the joint letter called for in its January 9, 2026 Order, ECF No. 5, the Initial Pretrial Conference in this case is hereby **ADJOURNED** to **May 19, 2026** at **11:00 a.m.**  The conference will be held via Microsoft Teams.  The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 821 031 323, followed by the pound (#) sign.  **The parties shall filed the joint letter and a proposed case management plan no later than the Thursday before the conference.  The failure to comply with Court orders may result in sanctions including dismissal for failure to prosecute.**

SO ORDERED.

Dated: May 1, 2026
       New York, New York

_____
           DALE E. HO
       United States District Judge