

**T**HE **C**ITY OF **N**EW **Y**ORK

# **L**AW **D**EPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MICHAEL FUTRAL**
*Assistant Corporation Counsel*
(212) 356-1643
mifutral@law.nyc.gov

May 1, 2026

**By ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>Gilberto Hernandez v. City of New York et al.</u>,
      26 Civ. 100 (DEH)

Your Honor:

   I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for Defendant City of New York ("City") in the above-referenced action. The City writes, with Plaintiff's consent, to respectfully request that the Court adjourn the Initial Pretrial Conference currently scheduled for May 19, 2026, at 11:00 a.m. until a date after the parties have had an opportunity to participate in Court-referred mediation, in accordance with Local Civil Rule 83.10. This is the first such request, and it will not impact any other deadlines. The City sincerely apologizes for its failure to submit the joint letter called for in the Court's January 9, 2026, Order.

   By way of background, Plaintiff, Gilberto Hernandez, filed his Complaint on January 7, 2026, asserting claims under 42 U.S.C. § 1983 for false arrest and municipal liability pursuant to *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978), as well as state law claims for unlawful imprisonment, assault and battery, harassment, intentional infliction of emotional distress, negligent infliction of emotional distress, negligent training, hiring, and retention, and negligence. (*See generally* Compl.) On January 9, 2026, the Court scheduled an Initial Pretrial Conference. (ECF No. 5.) On April 2, 2026, the City answered Plaintiff's Complaint. (ECF No. 7.) On May 1, 2026, this Court adjourned the Initial Pretrial Conference set for May 5, 2026, at 11:00 a.m. to May 19, 2026, at 11:00 a.m. (*See* ECF No. 11.)

   The City respectfully requests that the Court adjourn the Initial Pretrial Conference until a date after the parties have had an opportunity to participate in Court-referred mediation. There are two reasons for this request. First, the City is interested in pursuing early resolution of this matter through mediation, which may obviate the need for further Court intervention or potentially narrow the issues to be addressed at an initial conference. Accordingly, adjourning the Initial Pretrial

Conference until after mediation would conserve the resources of both the Court and the parties and promote an efficient resolution of this case.

The second reason for this request is that the prior ACC, Ms. Ochoa, no longer works for the New York City Law Department, and the undersigned was only assigned to this case yesterday and has not yet had a meaningful opportunity to review the pleadings or assess the legal and factual issues that Plaintiff has asserted. Accordingly, this adjournment will permit the undersigned to finish reviewing the record and to fully familiarize himself with the case without prejudicing the City.

The City once again sincerely apologizes for its failure to submit the joint letter called for in the Court's January 9, 2026, Order, and thanks the Court for its time and consideration of this application.

Respectfully submitted,

*Michael Futral*            /s/

Michael Futral
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:     *All Counsel of Record* (Via ECF)

Application GRANTED.  The Initial Pretrial Conference is **ADJOURNED,** *sine die*, pending the outcome of mediation.  If the parties wish to participate in court-referred mediation, they shall file a joint letter formalizing that request by **May 18, 2026**. The parties shall submit a status letter within seven (7) days of the completion of mediation; if mediation is unsuccessful, they shall attach a proposed amended case management plan to the status letter,

The Clerk of Court is respectfully directed to close ECF No. 12.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 7, 2026
New York, New York

2